Waukeen Q. McCoy (SBN 168228)
Rachael L. Orejana (SBN: 226907)
LAW OFFICES OF WAUKEEN Q. MCCOY
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Attorney for Plaintiff
BIJU PLATHOTTAM

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJU PLATHOTTAM, an individual, | Case No. C-04-2994 JSW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO EXTEND DISCOVERY CUTOFF** |
| v. | |
| JUNIPER NETWORKS., a corporation, | |
| Defendant. | |

1

[PROPOSED] ORDER GRANTING
PARTIES' STIPULATION TO
EXTEND DISCOVERY CUTOFF

CASE NO. C04-2993 JSW

Having considered the parties' stipulation to extend the discovery cutoff in this matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that the discovery cutoff in this matter shall be extended to May 13, 2005 for the limited purpose of completing the depositions of Mary Cole, Ray Martinelli, and Biju Plathottam.

IT IS HEREBY FURTHER ORDERED that all expert discovery cut-off dates shall be extended to comply with the Federal Rule of Civil Procedure in relation to the ~~January~~ February 13, 2006 trial date set by this Court.

Dated: May 1, 2005

/s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Court Judge