MARINA C. TSATALIS, State Bar No. 178897
MICHAEL J. NADER, State Bar No. 200425
KWANG H. KIM, State Bar No. 233341
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJU PLATHOTTAM, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUNIPER NETWORKS, a corporation,<br><br>　　　　Defendant. | CASE NO.:  C 04 2993 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE** |

　　　　WHEREAS, this Court's Order on March 11, 2005 set a Further Case Management Conference to occur on July 1, 2005 at 1:30 p.m.; and

　　　　WHEREAS, Plaintiff's counsel is currently representing another client in a trial and expects the trial to be ongoing through July 1, 2005 and Defendant's counsel will be out of town and unavailable on July 1, 2005; and

　　　　WHEREAS, the parties have met, conferred, and agreed that there is good cause for the rescheduling of the Case Management Conference, and that there will be no prejudice to either party for rescheduling the Case Management Conference; and

　　　　WHEREAS, the parties have met and conferred, and are available to appear on August 12, 2005 at 1:30 p.m.

JOINT STIPULATION AND [PROPOSED] ORDER
CONTINUING THE DATE OF THE FURTHER
CASE MANAGEMENT CONFERENCE
Case No. C 04 2993 JSW

2677192_1.DOC

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant through their undersigned counsel of record, subject to the Court's approval, that the Case Management Conference currently scheduled for July 1, 2005 at 1:30 p.m. shall be continued until August 12, 2005 at 1:30 p.m.

Dated: June 24, 2005   WILSON SONSINI GOODRICH & ROSATI
　　　　　　　　　　　Professional Corporation


By: _____/s/ Marina C. Tsatalis_____
　　　　　　Marina C. Tsatalis

Attorneys for Defendant Juniper Networks, Inc.


Dated: June 24, 2005   LAW OFFICES OF WAUKEEN Q. McCOY


By: _____/s/ Rachael Orejana_____
　　　　　　Rachael Orejana

Attorneys for Plaintiff Biju Plathottam


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, this  27  day of June, 2005.

　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　The Honorable Jeffrey S. White
　　　　　　　　　　United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER　　-2-　　2677192_1.DOC
CONTINUING THE DATE OF THE FURTHER
CASE MANAGEMENT CONFERENCE
Case No. C 04 2993 JSW

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Marina C. Tsatalis, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of June 2005 at Palo Alto, California.

                                                  /s/ Marina C. Tsatalis
                                                Marina C. Tsatalis

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04 2993 JSW

-3-

2677192_1.DOC