MARINA C. TSATALIS, State Bar No. 178897
MICHAEL J. NADER, State Bar No. 200425
KWANG H. KIM, State Bar No. 233341
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJU PLATHOTTAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, a corporation,<br><br>Defendant. | CASE NO.: C 04 2993 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME PERIOD FOR COMPLETING THE SETTLEMENT CONFERENCE AND CONTINUING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE** |

WHEREAS, this Court's March 11, 2005 Order referred this case to a magistrate judge for settlement conference to be completed by June 24, 2005; and

WHEREAS, neither Plaintiff's counsel nor Defendant's counsel received notice from the court regarding scheduling of the settlement conference; and

WHEREAS, Plaintiff's counsel was in a trial on another matter for the majority of the month of June, 2005; and

WHEREAS, Plaintiff's counsel notified the magistrate judge's clerk of Plaintiff's inability to attend a settlement conference prior to June 24, 2005; and

WHEREAS, this Court's June 27, 2005 Order set a further Case Management Conference to occur on August 12, 2005 at 1:30 p.m.; and

WHEREAS, the parties have met, conferred, and agreed that there is good cause to

JOINT STIP & [PROPOSED] ORDER EXTENDING
THE TIME FOR COMPLETING THE SETTLEMENT
CONFERENCE & CONTINUING THE DATE OF THE
FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04 2993 JSW

2700259_1.DOC

extend the time for the parties to engage in a settlement conference for a period of 90 days so as allow the parties to schedule a mutually convenient date with the Court; and

WHEREAS, the parties have met, conferred, and agreed that there is good cause for the Case Management Conference to be continued for a period of up to 60 days, so as to allow the parties to engage in the settlement conference prior to the further Case Management Conference.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant through their undersigned counsel of record, subject to the Court's approval, that the deadline for the parties to engage in a settlement conference shall be extended to September 21, 2005, and the Case Management Conference currently scheduled for August 12, 2005 at 1:30 p.m. shall be continued to October 7, 2005.

Dated: August 10, 2005                WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation


                                      By: _____/s/ Marina C. Tsatalis_____
                                              Marina C. Tsatalis

                                      Attorneys for Defendant Juniper Networks, Inc.

Dated: August 10, 2005                LAW OFFICES OF WAUKEEN Q. McCOY


                                      By: _____/s/ Rachael Orejana_____
                                              Rachael Orejana

                                      Attorneys for Plaintiff Biju Plathottam

**ORDER**

IT IS SO ORDERED, this  10  day of August, 2005.

_____
The Honorable Jeffrey S. White
United States District Judge

JOINT STIP & [PROPOSED] ORDER EXTENDING          -2-                          2700259_1.DOC
THE TIME FOR COMPLETING THE SETTLEMENT
CONFERENCE & CONTINUING THE DATE OF THE
FURTHER CASE MANAGEMENT CONFERENCE
Case No. C 04 2993 JSW