IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BIJU PLATHOTTAM,

    Plaintiff,

v.

JUNIPER NETWORKS, INC.,

    Defendant.

No. C 04-02993 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1, the discovery dispute submitted to the Court by joint letter dated September 15, 2005 from, as well as all other discovery disputes in the above-captioned matter, are referred to randomly assigned Magistrate Judge for resolution.

**IT IS SO ORDERED.**

Dated: September 16, 2005

JEFFREY S. WHITE
by HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

cc: Wings Hom