UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIJU PLATHOTTAM,<br><br>        Plaintiff,<br><br>    v.<br><br>JUNIPER NETWORKS, INC.,<br><br>        Defendant.<br>_____/ | No. C-04-2993 JSW (EMC)<br><br>**ORDER TO SHOW CAUSE RE PLAINTIFF'S LETTER OF SEPTEMBER 15, 2005**<br>**(Docket No. 31)** |

        On September 15, 2005, Plaintiff Biju Plathottam filed what he characterized as a joint letter from both parties regarding a discovery dispute. *See* Docket No. 31. Several days later, Defendant Juniper Networks, Inc. filed a letter in response, asserting that the "purported 'joint' letter is untimely, inaccurate, and was sent without defense counsel's approval or authorization." Letter from M. Tsatalis of 9/20/05, at 1.

        More specifically, Juniper claimed that the letter submitted by Mr. Plathottam was originally prepared in May 2005, that Juniper asked Mr. Plathottam to submit with the letter an exhibit, but that, for whatever reason, Mr. Plathottam never filed the letter, thus leading Juniper to assume that he "had decided to drop the discovery issues raised in the letter." *Id.* It was not until months later, on August 31, 2005, that Mr. Plathottam raised the issue of the joint letter. Juniper's response was that the fact discovery cut-off had already passed (as of May 13, 2005) and, under the Civil Local Rules, any discovery motion would be untimely. In spite of this objection, Mr. Plathottam still filed the joint letter, without informing the Court of the objection.

Based on the foregoing, the Court hereby orders Mr. Plathottam to explain why he failed to inform the Court of Juniper's timeliness objection and to show cause why the Court should not deny his motion to compel on the basis that it is untimely under Civil Local Rule 26-2.[1]  Mr. Plathottam shall file a response to this order to show cause within a week of the filing date of this order.

IT IS SO ORDERED.

Dated:  September 22, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge

---

[1] Civil Local Rule 26-2 provides:

> Unless otherwise ordered, as used in any order of this Court or in these Local Rules, a "discovery cut-off" is the date by which all responses to written discovery are due and by which all depositions must be concluded.
>
> Where the Court has set a single discovery cut-off for both fact and expert discovery, no motions to compel discovery may be filed more than 7 court days after the discovery cut-off.
>
> Where the Court has set separate deadlines for fact and expert discovery, no motions to compel fact discovery may be filed more than 7 court days after the fact discovery cut-off, and no motions to compel expert discovery may be filed more than 7 court days after the expert discovery cut-off.
>
> Discovery requests that call for responses or depositions after the applicable discovery cut-off are not enforceable, except by order of the Court for good cause shown.

Civ. L.R. 26-2.