IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BIJU PLATHOTTAM, an individual,

    Plaintiff,

v.

JUNIPER NETWORKS, INC., a corporation,

    Defendant.

No. C 04-02993 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO WITHDRAW**

This matter is currently set for hearing on February 24, 2006, on Plaintiff counsel's motion to withdraw as counsel. The Court HEREBY ORDERS that any opposition briefs, including from Plaintiff himself, shall be due on February 9, 2006, and reply briefs, if any, shall be due on February 14, 2006. Plaintiff's counsel shall serve Plaintiff with a copy of this Order by no later than January 30, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 26, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE